IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Hicks, Cora L | Case Number:  06 B 05436 |
| | Judge:  Squires, John H |
| Printed:  3/20/07 | Filed:  5/12/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  January 3, 2007
Confirmed:  August 23, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,400.00 |  |
| Secured: |  | 706.41 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 590.25 |
| Trustee Fee: |  | 66.41 |
| Other Funds: |  | 36.93 |
| Totals: | 1,400.00 | 1,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 590.25 | 590.25 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 1,117.00 | 0.00 |
| 5. | City Of Chicago | Secured | 369.93 | 90.00 |
| 6. | HSBC Auto Finance | Secured | 6,520.04 | 516.41 |
| 7. | United Credit Union | Secured | 8,621.51 | 100.00 |
| 8. | HomeComings Financial Network | Secured | 16,963.00 | 0.00 |
| 9. | Select Portfolio Servicing | Secured | 4,221.50 | 0.00 |
| 10. | Bank Of America | Unsecured | 449.28 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 189.91 | 0.00 |
| 12. | Educational Credit Management Corp | Unsecured | 7,435.60 | 0.00 |
| 13. | HSBC Auto Finance | Unsecured | 90.35 | 0.00 |
| 14. | United Credit Union | Unsecured |  | No Claim Filed |
| 15. | CBSI | Unsecured |  | No Claim Filed |
| 16. | Household Finance | Unsecured |  | No Claim Filed |
| 17. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 19. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 46,568.37 | $ 1,296.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 24.48 |
| 4.8% | 41.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hicks, Cora L | Case Number:  06 B 05436 |
| | Judge:  Squires, John H |
| Printed:  3/20/07 | Filed:  5/12/06 |

$_____$
$ 66.41

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_